## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-00310-RJC-DSC

| | | |
|---|---|---|
| **GINA HUNT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **INDUSTRIAL CONTAINER SERVICES - NC LLC et. al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

     **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Peter N. Hall]" (document #19) filed April 19, 2022. For the reasons set forth therein, the Motion will be granted.

     The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

     **SO ORDERED**.

Signed: April 19, 2022

David S. Cayer
United States Magistrate Judge